**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | | |
|---|---|---|
| Jane Doe, M.D., | : | |
| | : | |
| Plaintiff | : | Case No. ________________ |
| | : | |
| v. | : | JUDGE _________________ |
| | : | |
| University Hospitals Health System, Inc., et al, | : | State Court No. SOM-L-001211-26 |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 USC § 1332, 1441, and 1446, Defendant University Hospitals Health System, Inc. ("UHHS" or "Defendant")[1], by and through its attorneys Gordon Rees Scully Mansukhani LLP, respectfully submits as follows:

1. On August 26, 2026, Jane Doe, M.D. ("Plaintiff") filed the Complaint and Jury Demand (the "Complaint") in the Superior Court of New Jersey Law Division, Somerset County, in a case captioned *Jane Doe, M.D. v. University Hospitals Health System, Inc.*, *et al.*, No. SOM-L-001211-26 (the "State Action").

2. A true and correct copy of the Complaint and Jury Demand (the "Complaint"), the Docket in the State Action, and the Summons are attached hereto as **Exhibit A**.

3. Plaintiff filed a motion for a protective order in the State Action asking the state court to permit Plaintiff to proceed as Jane Doe. A copy of the motion is attached hereto as **Exhibit B**.

4. No other pleadings have been filed in the State Action.

---

[1] In addition to UHHS, the Complaint and Jury Demand also names ABC Corporations 1-10 and John and Jane Does 1-20 (UHHS, the ABC Corporations, and John and Jane Does are collectively "Defendants").

5. All pleadings in the State Action have been attached to this removal.

6. On October 21, 2026, Plaintiff served a Summons and a copy of the Complaint on UHHS via UHHS' statutory agent located in Ohio.

7. The ABC Corporations, Jane Does, and John Does have not been identified by Plaintiff and none have been served with a copy of the Summons and Complaint as of the time of filing this Notice of Removal.

8. This Notice of Removal is being filed within thirty (30) days after UHHS was served with the Summons and Complaint on October 21, 2026, in the State Action and, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

9. The Complaint asserts eleven causes of action: Count I: Fraudulent Inducement; Count II: Unjust Enrichment; Count III: Breach of Implied Covenant of Good Faith and Fair Dealing; Count IV: Intentional Infliction of Emotional Distress; Count V: Tortious Interference with Prospective Economic Gain; Count VI: Defamation by Implication; Count VII: False Light; Count VIII: Public Disclosure of Private Facts; Count IX: Perceived Disability Discrimination; Count X: Retaliation; and Count XI: Promissory Estoppel.

10. Defendants have not filed an answer or other responsive pleading in the State Action and the time for them to do so has not yet run.

11. UHHS hereby removes this action based on federal law jurisdiction pursuant to 28 U.S.C. § 1332.

12. This court has jurisdiction under 28 U.S.C. § 1332.

13. The State Action is not a non-removable action as described in 28 U.S.C. § 1445.

14. Plaintiff is a resident of the State of New Jersey.

15. UHHS is an Ohio corporation with its principal place of business located in Ohio.

16. UHHS' headquarters is located in Shaker Heights, Ohio.

17. Accordingly, UHHS' principal place of business is the State of Ohio.

18. As set forth above, the ABCE Corporations, John Does, and Jane Does have not yet been identified or served. Accordingly, removal of this action according solely to UHHS' residence is appropriate and supports removal pursuant to diversity jurisdiction.

19. Complete diversity exists.

20. Plaintiff seek non-monetary relief and damages in excess of $75,000.

21. Each of the eleven causes of action includes a prayer for relief. Plaintiff seeks compensatory damages, consequential damages, emotional distress damages, attorney fees, prejudgment interest, post-judgment interest, and punitive damages in the vast majority of the claims. Count II seeks disgorgement of benefits received from Plaintiff and other residents, restitution to Plaintiff, and restitution to federal and state entities as required by law.

22. It is thus apparent from the face of the Complaint the damages sought are in excess of $75,000. Accordingly, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

23. Venue is proper in the United States District Court for the District of New Jersey, Trenton Division, pursuant to 28 U.S.C. § 1391 and 1441(a), because it encompasses the county in which this action is currently pending.

24. Pursuant to 28 U.S.C. § 1446(d), promptly upon the filing of this Notice, UHHS will serve written notice of removal to the Plaintiff and UHHS will file a copy of this Notice of Removal with the Clerk of Court for the Superior Court of New Jersey Law Division, Somerset County.

WHEREFORE, Defendant University Hospitals Health System, Inc. respectfully requests that

the above-captioned action be removed from the Superior Court of New Jersey Law Division Somerset County, to the United States District Court for the District of New Jersey, Trenton for all further proceedings.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

By: /s/ Benjamin A. Levine
Benjamin A. Levine, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1th 3day of November, 2026, the foregoing was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system. If a party is not registered with the court's ECF system, a true and correct copy will be sent via email and U.S. Mail, postage prepaid, upon the following:

Jane Doe, MD
P.O. Box 161
Skillman, New Jersey 08558
Janedoemd0@gmail.com

By: /s/ Benjamin A. Levine
Benjamin A. Levine, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004

*Attorneys for Defendant*